IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TONJA BROWN, administratrix of
the Estate of NOLAN KLEIN and
TONJA BROWN, as an Individual,                    3:10-cv-00679-HDM-VPC

      Plaintiff,                               ORDER

  vs.

STATE OF NEVADA, *et al.*,

      Defendants.
_____/

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

Dated this 15th day of November, 2010.


_____
UNITED STATES DISTRICT JUDGE