1  CATHERINE CORTEZ MASTO
   Nevada Attorney General
2  WILLAM J. GEDDES, ESQ. #6984
   Senior Deputy Attorney General
3  NEVADA ATTORNEY GENERALS OFFICE
   100 N. Carson St.
4  Carson City, NV 89701
   (775) 684-1251
5  Attorneys for Defendant

6  HAGER & HEARNE
   ROBERT R. HAGER, ESQ. #1482
7  TREVA J. HEARNE, ESQ. #4450
   245 E. Liberty St., Ste. 110
8  Reno, NV 89501
   Tele: (775) 329-5800
9  Attorneys for Plaintiffs

10

```
 _____
|  _                                |
| |_| __ FILED          ___ RECEIVED |
|     __ ENTERED        ___ SERVED ON|
|        COUNSEL/PARTIES OF RECORD   |
|                                    |
|          OCT 1 4 2011              |
|                                    |
|     CLERK US DISTRICT COURT        |
|       DISTRICT OF NEVADA           |
| BY: _____ DEPUTY      |
|_____|
```

11                UNITED STATES DISTRICT COURT

12                    DISTRICT OF NEVADA

13  TONJA BROWN, *administratrix* of the          Case No. 3:10-cv-00679-HDM-VPC
    Estate of NOLAN KLEIN and TONJA
14  BROWN, as an Individual;

15                    Plaintiff,                   **STIPULATION AND PROPOSED
                                                   ORDER FOR EXTENSION OF
16  vs.                                            TIME TO CONDUCT MEDIATION
                                                   and SUBSEQUENT DEADLINES**
17  STATE OF NEVADA *ex rel.* the
    DEPARTMENT OF CORRECTIONS, and                 **(SECOND REQUEST)**
18  HOWARD SKOLNIK, DIRECTOR OF THE
    DEPARTMENT OF CORRECTIONS;
19

20                    Defendant.

21

22       COME NOW Defendant by and through Counsel, WILLIAM GEDDES, ESQ.,

23  Nevada Attorney General's Office and Plaintiffs by and through Counsel, TREVA J.

24  HEARNE, ESQ. Hager & Hearne, and, and hereby stipulate as follows:

25  I.  **STIPULATION**

26  WHEREAS:

27       1.    The original discovery cut-off for this case was August 3, 2011, with

28  summary judgment motions due thirty (30) days later, or by September 2, 2011

                                   1

(

1  (Docket No. 015, the Scheduling Order);

2      2.      However, during a status conference, the parties expressed to the Court
3  their desire to convene a court-presided settlement conference in this case;

4      3.      The parties desired to hold such a settlement conference *after* the close
5  of discovery, on the expectation that completing discovery would permit the parties to
6  become better informed as to the merits and demerits of their cases, thereby enabling
7  them to better evaluate the settlement dimensions of this case;

8      4.      The parties further desired to stay the briefing schedule on any summary
9  judgment motion that might be filed in this case until *after* the settlement conference, so
10  as to allow the parties: (a) to promote a settlement perspective, rather than divisive
11  motion practice; and (b) to conserve the parties and the Court's resources that might be
12  unnecessarily wasted, should the case settle at the mediation conference;

13      5.      Accordingly, on June 3, 2011, the Court granted that request, issuing its
14  Order of Docket No. 22, which scheduled a settlement conference for Thursday, August
15  11, 2011 at 9:00 a.m.;

16      6.      On July 11, 2011, in Docket No. 026, the parties jointly requested of the
17  Court that additional time be given to complete depositions in this case. This was their
18  first and only request to extend discovery;

19      7.      When petitioning the Court for this extension, the parties were careful to
20  request that all subsequent dates, that relate to the close of discovery, including
21  *mediation* and *summary judgment motions* also be extended accordingly, as follows:

22          THEREFORE IT IS HEREBY STIPULATED AND AGREED
            TO BY AND AMONG THE PARTIES:
23

24          1.      Discovery should be enlarged by thirty (30) days,
            through and including September 2, 2011, for the limited
25          purposes of completing the above-referenced depositions;
            and
26
            2.      The parties agree to jointly petition the Court for such
27          an enlargement of time to complete these depositions.

28  / / /

2

1           3.    The remaining scheduling order should also be
2   enlarged by thirty (30) days, including the date for the
    mediation conference, and the deadlines for summary
3   judgment motions, and the other post-discovery deadlines.

4   (Docket No. 026, p. 3, ll. 1-10.)

5           8.    On July 13, 2011, the Court granted that request, in its Order of Docket

6   No. 029, and separately issued;

7           9.    On August 5, 2011, the Court issued its Order of Docket No. 034,

8   rescheduling the settlement conference from August 11, 2011 to October 24, 2011;

9         10.    Since that time, counsel for the parties have encountered extremely

10   congested schedules in the period leading up to and after October 24, 2011, as below

11   set forth:

12         a.    For Defense Counsel, he has had to prepare for taking or

13   defending depositions every week in the Month of October, 2011, for the nationwide

14   tobacco arbitration, as follows:

15             i.    **October 3-6, 2011**: preparation for, and the taking of, out-of-

16   state deposition of the RJR Tobacco Company "database-topic" Rule 30(b)(6) witness

17   in Washington, D.C., and travel time for the same;

18           ii.    **October 10-14, 2011**: preparation for, and the taking of, in-

19   state depositions of the State of Nevada's two Rule 30(b)(6) witnesses;

20           iii.    **October 17-21, 2011**: preparation for and the taking of: (a)

21   Out-of-state deposition of the Daughters and Ryan deposition, in Washington, D.C.,

22   and travel time for the same; and (b) out-of-state deposition of the RJR Tobacco

23   Company "general-topic" 30(b)(6) witness in North Carolina, and travel time for the

24   same;

25           iv.    **October 24-28, 2011**: preparation for and the taking of the

26   Philip Morris Rule 30(b)(6) "general-topic" deposition in Richmond, Virginia, and travel

27   time for the same;

28         b.    For Plaintiffs' counsel, their calendar is, as follows:

(

1           i.      **October 24, 2011**: Sentencing in Lassen County, CA

2           ii.     **October 26 – 28, 2011**: Depositions

3           iii.    **November 3, 2011**: Hearing in USDC Eastern District of CA,

4  in Sacramento

5           iv.    **November 4, 2011**: Depositions

6           v.     **November 7, 2011**: Oral Arguments in USDC Nevada, Reno

7           vi.    **November 10, 2011**: Mediation

8           vii.   **November 11, 2011**: Depositions

9           viii.  **November 21-25, 2011**: Plaintiffs Counsel has family in from

10  out of town for the Thanksgiving holiday, and will be taking time off for the same

11      11.    Accordingly, the parties agree to jointly petition the Court herein to

12  continue the Settlement Conference and all post-settlement-conference deadlines to a

13  later date;

14      12.    Upon making inquiry of the Clerk of the Court, the parties have learned

15  that November 29, 2011 appears to be a potential date of availability for the Court to

16  hold a rescheduled mediation conference;

17  THEREFORE IT IS HEREBY STIPULATED AND AGREED TO BY AND AMONG THE

18  PARTIES:

19      1.    The mediation conference, currently scheduled for October 24, 2011 be

20  vacated and rescheduled for **Tuesday, November 29, 2011 at 9:00 a.m.**;

21      2.    The deadlines triggered by any failed mediation conference would be

22  enlarged, such that: (a) any **summary judgment motions** be filed no later than thirty

23  (30) days after the mediation conference, or by **Thursday, December 29, 2011**; and (b)

24  if no summary judgment motions are filed, then the parties shall file their **joint pretrial**

25  **order thirty** (30) days after the deadline for filing summary judgment motions, or by

26  **Monday, January 30, 2012** (given that the thirtieth (30) day following December 29,

27  2011 falls on a Saturday and is automatically extended by operation of Fed. R. Civ. P.

28  6);

3.     The parties agree to jointly petition the Court for such an enlargements of time, as herein stipulated.

| Dated: October 7, 2011 | Dated: October 10, 2011 |
|---|---|
| *[signature]* | /s/ TREVA J. HEARNE |
| WILLAM J. GEDDES, ESQ. #6984<br>Senior Deputy Attorney General<br>Nevada Attorney General's Office<br>100 N. Carson St.,<br><br>Carson City, NV 89701-4717<br><br>*Attorneys for Defendant* | TREVA J. HEARNE, ESQ., #4450<br>HAGER & HEARNE<br>245 E. Liberty St., Suite 110<br>Reno, NV 89501<br>(775) 329-5800 |

## ORDER

The Court, having reviewed the preceding Stipulation and GOOD CAUSE APPEARING THERFORE, HEREBY ORDERS that the mediation conference, currently scheduled for October 24, 2011 be vacated and rescheduled for **Tuesday, November 29, 2011** at ~~9:00~~ 9:30 a.m.  The settlement conference statements shall be received in chambers by no later than Tuesday, **November 22, 2011**. All other aspects of the Court's *Order Scheduling Settlement Conference* (Docket No. 22) shall remain in effect. IT IS FURTHER ORDERED THAT, should the Settlement Conference fail to settle this case, any summary judgment motions that the parties wish to file be filed no later than **Thursday, December 29, 2011**.  If no summary judgment motions are filed, then the parties shall file their joint pretrial order by **Monday, January 30, 2012**.

IT IS SO ORDERED  *There shall be no further extensions of the scheduling rules in this case. VPL*

DATED this 14th day of October, 2011.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

5