UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| TONJA BROWN, | ) | 3:10-CV-0679-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 29, 2014 |
| STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to unseal March 5, 2012 and unseal confidential records per settlement agreement (#62) is **DENIED.**

To the extent plaintiff is seeking the court to "unseal confidential records per settlement agreement," this court retained jurisdiction over the subject matter only during the finalization of the settlement documents, and until the stipulation to dismiss was entered (#41).  The order dismissing the case with prejudice was entered on April 9, 2012 (#56).  Therefore, the request to unseal confidential records is **DENIED**.

Plaintiff is also seeking the court to unseal the recording of the status hearing on March 5, 2012 (#62), and that request is **DENIED**.  Plaintiff has attached a copy of a notice to set a bench trial in the First Judicial District Court.  *Id.*  Plaintiff has not shown good cause why the sealed recording of this status conference is necessary or required to comply with a notice to set issued by the First Judicial District Court.  Plaintiff has shown no evidence indicating that she requires a transcript or audio recording of this sealed hearing for the purposes of a bench trial in another court.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk